F... 

08 MAY 14 PM 3: 01

BY:   ECL        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1544 BTM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| | ) | and (b) - Deported Alien Found |
| HECTOR GONZALEZ-SERMENIO, | ) | in the United States |
| | ) | |
| Defendant. | ) | |
| | ) | |

The grand jury charges:

On or about December 31, 2007, within the Southern District of California, defendant HECTOR GONZALEZ-SERMENIO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CEM:em:San Diego
5/12/08

1    It is further alleged that defendant HECTOR GONZALEZ-SERMENIO was

2 removed from the United States subsequent to July 6, 2001.

3    DATED: May 14, 2008.

4                                        A TRUE BILL:

5

6                                        _____
                                         Foreperson
7

8 KAREN P. HEWITT
  United States Attorney
9

10 By:_____
      CALEB E. MASON
11    Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28